**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

July 18, 2014

**FILED VIA CM/ECF**

H. Patrick Donahue, Esquire
Nicholas S. Nunzio, Jr., Esquire

    Re:   *Maya Munoz v. Washington Metropolitan Area Transit Authority*
           Civil No.  DKC 13-3807

Dear Counsel:

    Please be advised that a telephone motions hearing (ECF No. 23) in the above-captioned case will be held on **August 13**, **2014** at **2:00 p.m.**

    Chambers will initiate the call.

    This letter is an Order of the Court and shall be docketed as such.

                                 Very truly yours,

                                 /S/

                               Jillyn K. Schulze
                               United States Magistrate Judge